UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GE COMMERCIAL DISTRIBUTION FINANCE CORP.,

                      Plaintiff,

-against-

GLENN MARINE FAMILY BOATING CENTERS, LTD., GLENN MAZZELLA and BARBARA MAZZELLA,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 2070 (JG)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ AUG 28 2008 ★

P.M. _____
TIME A.M. _____

An Order of Honorable John Gleeson, United States District Judge, having been filed on August 26, 2008, directing the Clerk of Court to enter judgment against the defendants, Glen Marine Family Boating Centers, Ltd., Glenn Mazzella, and Barbara Mazzella, and in favor of plaintiff GE in the liquidated amount of $1,092,120.06, plus interest at the federal statutory rate provided in 28 U.S.C. § 1916 from April 16, 2008 until the judgment is paid in full; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, GE Commercial Distribution Finance Corp., and against defendants, Glen Marine Family Boating Centers, Ltd., Glenn Mazzella, and Barbara Mazzella, in the liquidated amount of $1,092,120.06, plus interest at the federal statutory rate provided in 28 U.S.C. § 1916 from April 16, 2008 until the judgment is paid in full.

Dated: Brooklyn, New York
        August 28, 2008

Robert C. Heinemann
Clerk of Court

By: s/Terry Vaughn
      Terry Vaughn
      Chief Deputy of
      Court Operations